**CONTRACT**

**CHROMALLOY OKLAHOMA**

A Division of
Chromalloy Gas Turbine Corporation

AND THE
INTERNATIONAL UNION OF
ELECTRONIC, ELECTRICAL, SALARIED,
MACHINE AND FURNITURE WORKERS,

AFL-CIO

AND ITS LOCAL NO. 86017

October 15, 2007 through
October 14, 2012

**EXHIBIT 1**

# INDEX

| Article | Subject | Page |
|---|---|---|
| 1 | Recognition | 1 |
| 2 | Union Membership | 1 |
| 3 | Check Off | 1 |
| 4 | Probationary Employees | 2 |
| 5 | No Discrimination | 2 |
| 6 | Hours of Work and Overtime | 2 |
| | Overtime Premium Pay | 3 |
| | Assignment of Overtime Work | 3 |
| 7 | Call In and Reporting Time | 5 |
| 8 | Seniority | 5 |
| | Reduction in Force | 6 |
| | Temporary Opening | 6 |
| | Recall Rights | 7 |
| | Promotions & Job Bids | 7 |
| | Loss of Seniority | 9 |
| | Job Qualifications & New Job Classifications | 9 |
| | Union Representation & Seniority | 10 |
| 9 | Notice of Layoff or Shift Change | 10 |
| 10 | Grievance Procedure | 10 |
| 11 | Discipline and Discharge | 12 |
| 12 | Personal History Records | 12 |
| 13 | Holidays | 12 |
| 14 | Leave of Absence | 13 |
| 15 | Vacations | 14 |
| 16 | Management's Rights | 15 |
| 17 | Strikes, Lockouts and Work Stoppages | 15 |
| 18 | Information to the Union | 15 |
| 19 | Contract Work | 16 |
| 20 | Plant Visitation | 16 |
| 21 | Bulletin Boards | 16 |
| 22 | Safety and Sanitation | 16 |
| 23 | Plant Injury | 18 |
| 24 | Funeral Pay | 18 |
| 25 | Jury Duty | 18 |
| 26 | Sick Leave | 18 |
| 27 | Group Benefits | 19 |
| 28 | Pensions | 20 |
| 29 | Wages | 21 |
| | Working Foreman & Shift Differential | 22 |
| 30 | Training Program | 22 |
| 31 | Cellular Work Units | 23 |
| 32 | Plant Closing | 23 |
| 33 | Letters of Agreement | 24 |
| 34 | Scope of Bargaining and Complete Agreement | 24 |
| 35 | Term of Agreement | 24 |

Appendices

"A"   Wage Rates and Classifications For Employees Hired
      Prior to October 10, 1994                                          25

"B"   Wage Rates and Classification for Employees Hired
      After October 9, 1994                                              26

"C"   List of Letters of Agreement                                       28

# CONTRACT

This Contract entered into as of the 15th day of October, 2007, between Chromalloy Oklahoma, a division of Chromalloy, Gas Turbine Corporation, its successors and assigns, hereinafter designated as the "Company", and the International Union of Electronic, Electrical, Salaried, and Machine and Furniture Workers, CWA, AFL-CIO and its Local No. 86017, hereinafter designated as the "Union", at the Midwest City, Oklahoma location, within the unit of representation as hereinafter described, and designated collectively herein as the "employees" and singularly as "employee".

## ARTICLE 1
## RECOGNITION

**1.1** The Company recognizes the Union as the sole and exclusive collective bargaining agent for all production and maintenance employees, including inspectors, working foremen, material clerks, and all classifications listed in Appendix "A" and "B" employed at the Company's Midwest City, Oklahoma location but excluding office clerical and professional employees, guards, technicians, supervisors as defined in the Act, quality assurance employees, inventory control and production control employees.

## ARTICLE 2
## UNION MEMBERSHIP

**2.1** The Company will give new employees a copy of the contract and introduce them to the President and Chief Steward during orientation meetings. The Company and the Union agree that there will be no discrimination, interference, restraint or coercion by either party against employees because of membership or non-membership in the Union. No employee shall be required to join the Union as a condition of employment.

## ARTICLE 3
## CHECK OFF

**3.1** The Company shall deduct and remit to the Union dues and initiation fees from the wages of each member who signs an IUE or CWA deduction authorization card according to the terms set forth therein.

**3.2** The Local Union agrees to furnish deduction cards to the Company monthly, along with written notice of the amount to be deducted for initiation fees and dues for all new members, by the 20th day of each month.

**3.3** The Company shall deduct the initiation fees and dues from the first paycheck of each calendar month, and shall, by the 15th of the month, remit the same, together with the names of the employees for whom deductions were made, to the Secretary Treasurer of CWA.

**3.4** The Local Union shall report monthly to the Company all amounts owing as dues to the Local Union from employees for whom no dues were deducted in the preceding month, and such amounts shall be deducted with the employee's next regular dues deduction.

**3.5** The Company shall deduct voluntary Cope contributions from the wages of members who sign a deduction authorization form as specified in Appendix "C", Letters of Agreement.

## ARTICLE 4
## PROBATIONARY EMPLOYEES

**4.1** All employees hired by the Company for the bargaining unit shall be deemed probationary employees until each has completed ninety (90) calendar days of employment. This probationary period is not to be construed as a guaranteed minimum period of employment. Probationary employees determined to be unsatisfactory to the Company within this period may be released at the discretion of the Company without recourse to the grievance procedure. An employee's probationary period may be extended by mutual agreement between the Company and the Union.

**4.2** Each thirty (30) days the Company shall submit to the Union the full list of employees hired in the preceding 30 days. This list shall include for each employee, his name, date of hire, department, job title, shift, rate of pay, clock number and address of record.

## ARTICLE 5
## NO DISCRIMINATION

**5.1** The provisions of this Contract shall be applied to all employees covered by this Contract without discrimination by the Company or the Union on account of sex, age, race, color, creed, religion, national origin, Veteran, or handicap status.

**5.2** When "he" or "she" appears in the Contract, it also refers to the opposite gender.

**5.3** The provisions of this Contract shall be applied to all employees covered by this Contract without discrimination by the Company or Union because of Union membership or activity.

## ARTICLE 6
## HOURS OF WORK AND OVERTIME

**6.1** The workweek shall begin at Sunday midnight and continue through Sunday midnight. A normal workweek shall consist of forty (40) hours worked in five (5) consecutive workdays of eight (8) hours exclusive of a thirty (30) minute unpaid lunch period, Monday through Friday.

**6.2** Shifts are identified by starting times as follows:

| | |
|---|---|
| First shift | 6:00 a.m. to 8:00 a.m. |
| Second shift | 2:00 p.m. to 4:00 p.m. |
| Third shift | 10:00 p.m. to 1:00 a.m. |

Any change in the workday, workweek, number of shifts, hours per shift, or any employee's starting and ending time shall be made only after notification and/or discussion with the Union.

## Overtime Premium Pay

**6.3 (a)** Work in excess of forty (40) hours in any week shall be paid at a rate of time and one-half (1 ½).

**(b)** Double time shall be paid for all work performed in excess of twelve (12) hours on any one work day.

**(c)** Double time shall be paid for work performed on days celebrated as holidays set forth in Article 13 (in addition to holiday pay). Any work done in excess of 52 hours in any one work week shall be paid at double time.

**(d)** Absence from work due to vacation, holiday, union leave, jury duty, funeral leave, plant injury time paid under Article 23.1, or temporary layoff shall be counted as time worked for the purpose of computing overtime premium pay.

**6.4** There shall be no pyramiding of overtime pay.

**6.5** The day on which most of the hours of a shift are scheduled determines the calendar day on which work is performed for the purpose of this Article.

**6.6** For purposes of Article 6, the term "overtime" is defined as work outside the regularly scheduled workday or workweek.

**6.7 (a)** Employees shall be entitled to a fifteen (15) minute break period in the first half of their shift and another fifteen (15) minute break in the second half of their shift.

**(b)** Employees working "pre-shift overtime" shall be entitled to a fifteen (15) minute break period at the end of the each two whole pre-shift overtime hours worked.

**(c)** Employees working "post-shift overtime" shall be entitled to a fifteen (15) minute break period at the beginning of each two whole post-shift overtime hours worked.

**(d)** Employees working overtime on a day other than his/her regularly scheduled workday shall be entitled to a fifteen (15) minute break period for each two hours worked, except for the final two hours. An employee working such overtime may elect to take an unpaid thirty (30) minute lunch break in lieu of one such break, providing he has notified the supervisor at the beginning of the overtime shift of his intention to do so.

## Assignment of Overtime Work

**6.8 (a)** Overtime will normally be assigned to the classification by shift within the group in which the work is to be performed. If a sufficient number of employees are not available, the Company may, at its sole discretion, offer the overtime to a qualified employee in the same classification by shift in another group, or any other qualified employee in another group. If a sufficient number of employees are not available, qualified employee(s) currently in the classification by shift in the group with the lowest number of overtime hours shall be required to work the offered overtime. Provided, under no circumstance will any employee be required to work beyond 52 credited work hours in any given work

week as determined under Article 6.3 and no more than eight (8) hours of required overtime Monday through Friday and no more than eight (8) hours on Saturday and/or Sunday.

An employee who would otherwise be required to work overtime may secure the agreement of a qualified volunteer to work in his place. For purposes of this paragraph, the term "qualified volunteer" shall mean the "volunteer" employee has the ability to immediately perform the work. Such volunteers shall be paid based on their regular rate of pay provided that in no event shall a volunteer be paid more than two (2) wage grades higher than the work performed.

      **(b)** The remedy for overlooking a qualified employee shall be an opportunity for the employee to make up the overtime.

      **6.9** Overtime will be distributed as equitably as practicable among employees in a job classification by shift and group. Overtime shall normally be assigned to the employee(s) having the lowest charged overtime in a classification by shift and group. Within each classification by shift and group, an overtime differential will normally be twenty (20) hours. Hours worked will count as one, whether they are time and a half or double time. Hours worked outside of the group, classification or shift will not be counted. The remedy for inequitable distribution of overtime shall be an opportunity for the employee to make up the overtime.

      **6.10** An employee who cannot perform one or more jobs because of some disability will be excluded from performing overtime in those jobs and will be charged for overtime he/she could not work. A reasonable effort will be made to assign to a disabled employee available overtime in his/her classification which he/she is able to perform.

      **6.11** An employee who enters a new classification will be placed on the overtime list for his shift and assigned the number of overtime hours of the employee with the highest number of hours. During the trial period as specified in Section 8.11, the highest overtime hours will be maintained and such employee will be the last to be offered overtime in his classification, shift and group. An employee who changes classification, shift or group for any reason other than a job bid, will be averaged in on his changed classification, shift and group overtime list.

      **6.12 (a)** An employee who is given proper notice of overtime in his classification, group and shift will be charged for overtime. Employees are entitled to receive notice of overtime work in their group and shift on a regular work day at least two (2) hours prior to the end of their shift, and at least two (2) hours before the end of their shift for any preshift work for the following day. For the performance of overtime on unscheduled weekend days, employees are entitled to notification for required overtime by the end of the shift on Thursday. The Company will have the right to ask and charge overtime within the first four (4) hours Friday.

      **(b)** A qualified employee who works out of classification and/or out of group overtime will be charged on the applicable out of classification and/or out of group overtime list. However, an employee may not work out of classification and/or out of group overtime if he has refused overtime within his group, classification and shift for the same day. The Company shall have the right to deny an employee eligibility for out of classification and/or out of group overtime in an area for unsatisfactory work performance.

(c) When an employee is scheduled to work overtime, there shall be no cancellation by the employee of such overtime. If there is any tardy, early departure, or absence for overtime, such employee(s) will be subject to the Company's attendance policy.

**6.13** An employee who is absent when overtime is offered will be charged for overtime not worked, but an employee who informs his supervisor before the assignment of overtime that he will be available to work, will not be charged if he isn't scheduled for overtime. An absent employee will only be charged for overtime hours when all employees with lesser overtime hours have been charged. An absent employee will be responsible for finding out his overtime schedule. An absent employee who is scheduled for work and doesn't work will be charged. An employee on disciplinary suspension will be charged for overtime worked during the term of the suspension, but will not work during the period of the suspension.

**6.14 (a)** The Company will furnish the Union a computer printout at the beginning of the work week and will target a time no later than Tuesday, 9:30 a.m., showing the total of overtime at the start and at the end of the previous week. The lists will show an employee's clock number, job classification, shift and group. The lists will be available for review.

**(b)** A report from Human Resources showing overtime hours paid will be made available to the Chief Steward upon request.

**6.15** Bargaining unit employees will not be delegated to make entries in overtime records. The records of overtime tabulations will be retained by the Company and will be available to the Union.

**6.16** An employee who is present and is offered overtime shall initial the number of hours accepted or refused on the supervisor's overtime worksheet at the time the overtime is offered. The Company will place a copy of each supervisor's initialed weekly overtime list in the Union mailbox at the beginning of the work week and will target a time no later than Tuesday, 9:30 a.m.

## ARTICLE 7
## CALL IN AND REPORTING TIME

**7.1** Employees reporting to work as directed by the Company on a regular workday shall be guaranteed one-half their regular work shift or the equivalent in pay; provided, however, that this shall not apply to employees who were not at work on the preceding regularly scheduled workday nor shall it apply where work is not available due to Acts of God or electricity, gas, fire, explosion, flood, storms, or any situation beyond the control of the Company. This provision shall not apply to an employee who is suspended or terminated for disciplinary reasons.

**7.2** Not less than 4 hours work or equivalent pay for 4 hours work at the applicable rate of pay, shall be given where an employee is called back to work after leaving the Company premises. This shall not apply in the case of continuation, without interruption, of work on the employee's regular shift or overtime performed prior to the beginning of the employee's regular shift. Where an employee is required to report prior to the beginning of his shift for overtime, he shall be allowed to continue to work until the end of his shift.

## ARTICLE 8

# SENIORITY

**8.1** Seniority shall be defined as the employee's continuous length of service with the Company in the bargaining unit.

## Reduction in Force

**8.2** In the event of a reduction in force, the Company will determine the number of employees to be laid off and the classifications affected.

**8.3** Layoff of employees shall be in reverse seniority order; that is, the least senior employee in the classification(s) affected shall be subject to layoff first.

Prior to a layoff, an employee shall complete a preference slip by ranking his choices for previously held classifications, classifications in wage grade 2 and below, and shifts for each. Employees will then displace in accordance with seniority and job preferences to available positions in the above categories and shifts.

A voluntary layoff may be granted only if the Company has received advance notice, prior to the layoff, from the employee on a preference slip.

**8.4** An employee subject to layoff shall have the right to displace a less senior employee in the following sequence:

**(a)** in a previously held classification provided he/she can meet certification and/or job requirements and within the time period in the relevant job posting or if no time period is specified, within five (5) work days.

**(b)** to an equal or lower classification (wage grade 2 and below) except a Tool and Die Maker may displace a Machining Specialist or Machine Operator A, provided the employee demonstrates ability to perform the job, and within the time period in the relevant job posting or if no time period is specified, within five (5) work days.

**8.5** Involuntary temporary layoffs, for lack of work, not exceeding five (5) working days, shall be made by seniority, by shift, within a classification in a group, providing this shall not apply to the same employee(s) for more than five (5) days in a calendar month. Volunteers on a shift within the classification in a group may be solicited in lieu of the above policy, or the Company can assign these employees to other jobs if there is work available. When business needs dictate, as determined by the Company, employees may be required to work in a lower classification even if there is work in his/her regular job. "Regular job" shall mean an employee's regular position within his/her classification and group and shift. If there is more than one job employees are assigned to, then the senior employee will be given his preference to those jobs assigned that he is capable of performing. The Company shall determine what constitutes available work.

## Temporary Openings

**8.6 (a)** Any temporary opening, not more than 30 days, shall not be subject to the bidding procedure and may be filled by the Company by a temporary assignment. An employee temporarily assigned shall receive the rate for the job to which he is assigned or his own rate, whichever is higher,

while working on such temporary job. Any temporary opening being filled by assignment of an employee from another classification may be filled without regard to seniority.

The Union shall be notified in writing of any temporary opening of five (5) work days or more.

**(b)** Temporary openings created by leaves under the Family Medical Leave Act shall be filled by the Company's temporary assignment of employees to such vacancies for no more than twelve (12) weeks as applicable under the law.

## Recall Rights

**8.7 (a)** An employee shall have recall rights to a previously held job classification for thirty-six (36) months following displacement from that job classification, unless the employee has previously refused recall to the job classification within this time period.

**(b)** Employees shall be recalled under the following step procedure.

Step 1: Company will determine the need for employees by department, shift and classification. Company will create a list from which job openings will be determined.

Step 2: Company will create a list of employees within the plant designated for each classification based on: (1) current position held and/or, (2) seniority and recall rights to a previously held classification under Article 8.7(a).

Step 3: The list of employees created in Step 2 will be compared with the employee needs list created in Step 1, and all shift and group change requests within a classification which can be honored will be honored by seniority in accordance with Contract Articles 8.12 and 8.13.

Step 4: Recall notices will be sent to employees within the plant for the remaining job openings to which they have rights under Article 8.7(a).

Step 5: A general recall of an equal number of employees currently on layoff out of the plant, by seniority in inverse order of layoff, will then be made based upon the list created in Step 1. All employees will be recalled to a Wage Grade 1 classification with the understanding it is for staging purposes only for periods not to exceed two workdays after which the employee(s) will be paid retroactive the difference between Wage Grade 1 and their entitled recall classification grade beginning the third day unless the time is extended by mutual agreement between Company and Union.

Step 6: After all openings which can be filled under Article 8.7(a) by employees within the plant have been filled, the remaining openings will be posted in accordance with Article 8.8, 8.9, 8.10 and 8.11 of the Contract.

**(c)** An employee recalled must have the capability of performing the work involved within five (5) work days.

**(d)** An employee who takes layoff instead of a job he otherwise could have claimed will be recalled to a job from which he was laid off, except while on layoff if he informs the Company that he is available for regular recall, his name will be added to the list of laid off employees and be recalled by the regular order of seniority.

**8.8** A promotion is defined as a change in any employee's classification from one labor grade to a higher labor grade. If an opening(s) in a classification becomes available, employees seeking a promotion may bid for the opening in accordance with the procedure listed below. In the consideration of applicants for an opening, an employee shall be given preference in accordance with his seniority, provided he has the experience, ability and physical capability to perform the job involved. The determination of ability shall be based on standards and evidence that are reasonable, demonstrable, and fair. At the time of an opening in a classification, employees shall be allowed to bid downward under the following conditions:

    **(a)** in case of disability;

    **(b)** to a Maintenance B job for the purpose of ultimately realizing a higher rate of pay;

    **(c)** Under exceptional circumstances mutually agreeable to the Company and the Union;

**8.9** The Company will post a notice of each job opening on the bulletin board(s), with a copy to the Plant Chief Steward, for 48 hours, for all shifts, and such employees to be considered must submit a bid on a CDO form. The Company will furnish the Plant Chief Steward a copy of all job bids submitted.

**8.10** The Company will list all the major job requirements including group on the job bid notices when they are posted.

**8.11(a)** Employees awarded a job under Article 8.8 who are determined by the Company (after notification to the Union) not to meet the requirements of the job within the time period specified in the relevant job posting, or if no period is specified, within five (5) work days, after such award shall be returned to their previously held classification as follows (in order):

1. Filling any existing opening in the classification.
2. Displacing an employee who has bid to fill a vacancy created by the employee's bid award or subsequent bidder (newest in area).
3. Displacing the least senior employee in the classification.

This period may be extended by mutual agreement. The Union shall be notified and shall have the opportunity to consult with the employee prior to his being returned to his previously held classification.

    **(b)** Employees awarded a job under Article 8.8 shall not be paid the rate of pay for such new classification until and unless they successfully complete the qualification requirements of the new position, at which time they will be paid retroactively the differential in accordance with Appendix B.

    **(c)** Employees awarded a job bid to a classification for which the minimum training/certifications period exceeds ninety (90) days shall be required to successfully complete interim qualification requirements for purposes of this Article.

**8.12** Employee's awarded a lateral job bid will be prohibited from bidding any other jobs for six (6) months, or such longer period as specified in this section. An employee awarded a job bid to a classification wage grade 2 or above will be prohibited from bidding any other job for a period of twelve (12) months. An employee awarded a job bid to a classification for which certifications are necessary and the minimum training/certifications attainment period exceeds ninety (90) days, will be prohibited from bidding any other job for a period of twenty-four (24) months. The Company may waive the above time

restrictions. This shall not apply if the employee is displaced from the classification by layoff during this period.

**8.13** At the time of filling an opening in a classification, an employee in the same classification shall have the right of shift preference, according to seniority, provided he has previously notified the Company in writing of his desire to change shifts. The Company will furnish the Chief Steward a copy of shift preference requests. In the event of shift shutdown, displaced employees will have shift preference according to their seniority. Once a shift change has been honored an employee will not be permitted to change shift for six (6) months unless, under extenuating circumstances, it is mutually agreed on by the Company and the Union.

**8.14** In the event of an opening in a classification, an employee in the same classification in another group shall be awarded the opening, according to seniority, provided he has previously notified the Company in writing of his desire to change groups. The Company will furnish the Chief Steward a copy of group preference requests. Shift preference requests under paragraph 8.13 shall have priority over group preference requests, except that a group change within the shift will be honored prior to a shift change request if after honoring the group change an opening remains on the subject shift. Once a group change has been honored an employee will not be permitted to change groups for six (6) months.

### Loss of Seniority

**8.15** Seniority shall be lost and terminated when an employee:
    **(a)** resigns;
    **(b)** is discharged for just cause;
    **(c)** with less than one (1) year of employment is laid off;
    **(d)** with one to three years of seniority has performed no work for
    the Company for six (6) months;
    **(e)** with three (3) to five (5) years of seniority and has performed no work for the Company
    for one (1) year;
    **(f)** with five to ten years of seniority and has performed no work for the Company for
    twenty-four (24) months;
    **(g)** with more than ten years of seniority and has performed no work for the Company for
    thirty-six (36) consecutive months.
    **(h)** refuses recall, or fails to notify the Company at the time of his/her recall of intention to
    return to work within four (4) business (Monday through Friday) days after Company's
    mailing of recall by certified letter to employee's last recorded address on the Company's
    records. The Union will be notified at the time of recall and may use this same time period
    to simultaneously attempt to contact the employee.
    **(i)** fails to return to work within five (5) calendar days after having notified the Company of
    his/her intention to return to work. This section shall not apply to those individuals laid off
    prior to this contract taking effect.

### Job Qualifications & New Classifications

**8.16** No changes or additions in present job qualifications used for selecting employees to fill an opening and/or test required for determination of ability will be made without prior notification to the Union and discussion if requested by the Union. If during the life of this Contract, the Company creates a new job classification not covered by the Contract, the Company shall inform the Union. Within ten (10) days after this notification the Company and the Union shall meet in an effort to mutually agree

upon a rate of pay for the new job prior to the job being filled. If the parties are unable to agree on a rate of pay, the Company shall have the right to put the new job and rate into effect subject to the Union's right to raise a dispute through the grievance and arbitration procedure within six (6) months from the time the job is first filled and the rate put into effect. In the event an arbitrator decides that a new job classification belongs in a higher labor grade, back pay shall start from the date the grievance was filed.

**8.17** No changes or additions to the groups currently being utilized shall be made, or additional groups created, without prior notice to the Union and discussion, if requested.

### Union Representation & Seniority

**8.18** Notwithstanding the above provisions, one Union Steward for each twenty-five (25) employees on a shift shall be the last to be laid off and the first to be rehired, provided he is qualified to perform the work available. The duly elected President, Chief Steward and Vice President of the Union who has attained seniority shall for purposes of layoff and recall be entitled to top seniority rights within his classification if qualified to perform the work available for the duration of his term of office and at the end of such term shall be restored to his regular seniority status. The President, Vice President, and Chief Steward shall work on the first shift. In the event that they are not working on the first shift at the time of their election they shall be transferred to the first shift. The President, Chief Steward and Vice President shall be restored to former seniority status after their term of office and shall be given a reasonable period of time to attain normal efficiency.

### ARTICLE 9
### NOTICE OF LAYOFF OR SHIFT CHANGE

**9.1** The Company shall give the Union and the Plant Chief Steward five (5) days notice of all proposed layoffs. The employees involved with receive at least three (3) notice of the proposed layoff, or in lieu thereof, twenty-four (24) hours pay.

**9.2** The Company shall give the Union and Plant Chief Steward and employees involved notice of shift change. The employee may have up to two (2) working days to change shifts.

### ARTICLE 10
### GRIEVANCE PROCEDURE

**10.1** For the purpose of this Contract, the term "Grievance" means any dispute between an Employee and the Company or between the Union and the Company concerning the interpretation, application, or alleged breach of this Contract.

**10.2** In the event a grievance arises, the following procedure shall apply, except where the grievance involves discharge or disciplinary layoff of an employee, Written Grievance Steps 1 and 2 shall be waived.

**10.3** Verbal Grievance Step: In order for an employee to determine whether any dispute or complaint exists as to a violation of this Contract, the employee shall discuss the matter with his Shop Steward and Supervisor.

**10.4** Written Grievance Step 1: If there is no resolution of the Verbal Grievance Step, the employee must present a grievance, in writing, through the Union Shop Steward with the Supervisor in the Department involved within twenty calendar days of the incident giving rise to the grievance and/or knowledge thereof. The supervisor will submit his written answer to the grievance within ten (10) calendar days. If not settled, the grievance will then be submitted to Written Grievance Step 2.

**10.5** Written Grievance Step 2: If there is no disposition within five calendar days as provided in Written Grievance Step 1, the written grievance may be presented through the Chief Steward and Shop Steward to the Department Manager within ten calendar days of receipt of the Supervisor's answer in Written Grievance Step 1. The Department Manager shall respond in writing within ten (10) calendar days.

**10.6** Written Grievance Step 3: If the grievance remains unsettled, the Plant Chief Steward may make a written appeal of the matter to the Director of Human Resources. This must be done within seven (7) calendar days after the Department Manager renders his written decision. This matter will then be discussed in a monthly grievance meeting held on the second Wednesday of each month, unless there are no grievances pending. The participants in the monthly grievance meeting shall be the Union Grievance Committee, and representatives of the Company, including the Director of Human Resources. The Director of Human Resources shall render a written decision of each grievance presented within fifteen (15) calendar days after such meeting.

**10.7** A grievance concerning a discharge or disciplinary layoff shall be instituted at Written Grievance Step 3. Such grievance must be filed by the plant chief steward within twenty (20) calendar days from the filing of the discharge or disciplinary layoff. A meeting to discuss such action shall be held within seven (7) calendar days from the filing of the grievance. The Director of Human Resources shall render a written decision on this grievance within seven (7) calendar days after such meeting.

**10.8** Written Grievance Step 4: If the grievance remains unsettled, it may be referred to arbitration by the Union, providing notice is given, in writing to the Director of Human Resources within twenty-eight (28) calendar days of the receipt of the Answer in Written Grievance Step 3.

**10.9** Within twenty (20) calendar days of the Union's notice to arbitrate the Union shall request the Federal Mediation and Conciliation Service to submit the names of five disinterested persons qualified to act as an impartial arbitrator. From such list, the Union and the Company shall each alternately strike one name until only one name remains. The Union shall notify the Federal Mediation and Conciliation Service and the selected arbitrator of the choice. The Union and Company shall promptly select dates for a hearing. All arbitration cases shall be heard within one hundred twenty (120) calendar days from the date the arbitrator is selected. More than one grievance may be heard by a single arbitrator if mutually agreed in writing by Union and Company. Time limits may be extended only by written mutual agreement signed by Company and Union.

**10.10** The arbitrator will confine his decision to the specific terms of the Contract and shall have no authority to change, alter, add to, or delete from the Contract.

**10.11** The arbitrator's decision rendered within the limit of his authority shall be final and binding upon the parties. Expenses of the Arbitration shall be borne equally by the parties.

**10.12** Should an employee or the Steward fail to process a complaint at any stage within the time limits provided in this Article, the Complaint shall be treated as abandoned, no further action shall be

taken concerning it, and the last written decision made by the Representative of the Company prior to the abandonment shall be final. If a Representative of the Company fails to render his written decision within the time limits specified herein, the grievance shall be considered settled in favor of the Union. The reason for prescribing time limits is the desire to assure rapid settlement of grievances, and wherever possible, the various steps shall be completed more quickly than is provided for herein.

**10.13** All steps in the grievance procedure and the time limit specified herein may be waived, reduced or extended by mutual written consent of the parties.

**10.14** The Union shall be entitled to one Plant Chief Steward on the day shift and one Shift Chief Steward for each of the other shifts, and one Steward for every twenty-five (25) Union members.

**10.15** Any employee including Stewards or members of the Union Grievance Committee shall be paid by the Company at the rate of pay he/she would normally receive for time spent during the operation of any of the steps of a grievance in which he/she is individually involved. Employees, including Stewards and Union officials, will not be paid for time spent on grievances unless such activity occurs during the last thirty (30) minutes of his/her shift or involves meetings with management. The Plant Chief Steward will be permitted up to fifteen (15) minutes, with pay, to discuss union business with the Shift Chief Steward at the start of the first shift when necessary. Employee(s) will not be paid for time spent in arbitration except for the Union President and Chief Steward.

## ARTICLE 11
## DISCIPLINE AND DISCHARGE

**11.1** No employee shall be verbally reprimanded, disciplined or discharged without just cause. The Employee and the Steward shall be provided copies of any written or recorded reprimands. No employee shall be disciplined or discharged without his/her Union representative being present.

**11.2** When an Employee is discharged, he/she shall be informed in writing as to the reason of such action, and the Company must immediately notify the Plant Chief Steward, Shift Chief Steward, the President or the Vice President of the Union before the employee leaves the Plant.

**11.3** Notification in writing to the Union shall be to the Plant Chief Steward and in his absence to the President.

**11.4** All written or recorded reprimands shall be removed from an employee's personal history folder twenty-four (24) months after the effective date thereof and shall have no further force or effect.

**11.5** Company shall have twenty (20) calendar days from the date of infraction to undertake discipline and/or discharge and provide copies of any written or recorded reprimands.

## ARTICLE 12
## PERSONAL HISTORY RECORDS

**12.1** The Company will grant each employee access to his personal history card, personal history folder and medical record upon request to the Director of Human Resources or his designated representative, to the extent that the Company is privileged to grant such access.

## ARTICLE 13

# HOLIDAYS

**13.1** Although no work is performed thereon, employees shall receive their regular shift pay at their regular straight time hourly rate for New Year's Day, President's Day, Good Friday (Easter), Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Day After Thanksgiving, Christmas Eve, Christmas Day and New Year's Eve Day; and one "floating" holiday, designated by the employee; provided that the floating holiday is scheduled in accordance with Section 13.2 below, and provided further that the employee has worked his/her scheduled hours immediately prior to and following the holiday, unless excused by the Company or on layoff and has performed work in the fifteen (15) day period prior to the holiday. Employees who do not schedule their floating holiday in accordance with Section 13.2 will not be entitled to a floating holiday. Employees who have no accrued vacation will be permitted to schedule sick leave in four (4) to eight (8) hour increments immediately prior to or following holidays only under the same terms and procedures applying to vacations as specified in Article 15. Such scheduled sick leave will be considered excused for purposes of this section 13.1.

**13.2 (a)** Any of the above-mentioned holidays that will fall on a Saturday will be celebrated on a Friday before the holiday; those holidays that fall on Sunday will be celebrated the Monday after the holiday.

**(b)** A Holiday Schedule will be published by the Company by December 15th of each year.

**(c)** Each employee must request his/her floating holiday for the current year by June 30 of the current year, on a COK form. Employees who complete probation after June 30 and before the end of the calendar year will receive a floating holiday in the current calendar year. All requests for floating holidays must be approved by the Company.

# ARTICLE 14
# LEAVE OF ABSENCE

## Personal Leave

**14.1** An employee who has completed probation may apply in writing for an excused absence without pay for unforeseen emergencies or extenuating circumstances. Such a leave may be approved or disapproved in writing by the Director of Human Resources for periods not to exceed thirty (30) days, without loss of seniority.

**14.2** Under exceptional circumstances a person may request a personal leave in excess of thirty (30) days; however, seniority shall not accumulate beyond the 30 day period.

## Personal Illness

**14.3** Personal illness and family related leaves of absence for employees and their re-employment shall be governed by the Family Medical Leave Act, and amendments thereof.

## Union Leave

**14.4 (a)** An employee elected or appointed as an official of the Union or as a delegate to labor activity, necessitating a leave of absence, shall be entitled to a leave without pay for a period not to

exceed one year. If such employee returns to work in accordance with his leave of absence, his seniority shall not be impaired. To be entitled to such leave, an employee must make written application for such leave and submit a written request from the Union at least one month prior to the beginning of such leave. Such leaves of absence shall be extended for additional one year periods, providing the employee and the Union requests such extension in writing at least one month prior to the termination of such leave or extension.

**(b)** A local union representative may request a leave of absence for union business, 30 days or less, provided that such request is submitted at least two business days, Monday through Friday, prior to the beginning of such leave. Where such leave is requested for more than one representative, the Company will make an effort to accommodate the request(s) subject to production needs. Requests for leave for more than one representative shall not be unreasonably withheld by the Company.

**Military Leave**

**14.5** Military leaves of absence for military service for employees and their re-employment shall be governed by the Veteran's Reemployment Rights laws and amendments thereof.

**ARTICLE 15**
**VACATIONS**

**15.1** Employees shall accrue vacation on a monthly basis and shall be allowed to use vacation upon accrual.

**15.2** Employees with one but less than two (2) years continuous service shall be entitled to one week vacation with 40 hours pay. Employees with two (2) years continuous service shall be entitled to two weeks vacation with 80 hours pay. Employees with five (5) years of continuous service shall be entitled to three weeks vacation with 120 hours pay. Employees with ten (10) years of continuous service shall be entitled to four weeks vacation with 160 hours pay. Employees with 35 years continuous service shall receive two days pay in addition to their regular vacation.

**15.3** Employees will accrue vacation according to section 15.2 during time worked. Vacation, holiday pay, sick pay, funeral leave and jury duty shall be counted as time worked for computing vacation accrual.

**15.4** After the completion of one year of continuous service, an employee whose employment is terminated prior to his next anniversary date shall be entitled to a pro rata vacation benefit for the year in which his employment is terminated.

**15.5 (a)** Vacations shall be scheduled at the employee's convenience within the various departments by seniority, to the extent that production requirements and operating efficiency permit. Employees shall indicate their preference between January 1 and March 15 and schedules shall be posted by March 30 of each year. Employees who do not indicate their preference on or before March 15 may schedule their vacation at a later time during the vacation year, but will not be allowed to bump any employee who has selected his vacation during the January 1 to March 15 period. Vacation schedules for all areas shall be posted, and will be updated weekly.

**(b)** An employee may be allowed to use vacation hours upon Company approval for a legitimate emergency beyond the employee's control after presentation of documentation or other appropriate evidence of such emergency. Such approval by the Company shall not be unreasonably withheld.

**15.6** The Company may close the plant for vacation purposes, providing notice is given to the Union no later than May 15 in any calendar year. In the event of plant shutdown for vacation purposes, employees not eligible for a vacation shall be offered available work during such shutdown.

**15.7** An employee entitled to more than one week's vacation may take one week's pay instead of taking time off. An employee entitled to take more than a week of vacation must take at least one of such weeks in time off during the anniversary year. An employee may accumulate unused vacation time not to exceed six weeks. Any unused vacation which, as of the employee's anniversary date, would cause his accumulated unused balance to exceed 240 hours will be paid the employee within two pay periods of his anniversary date.

**15.8** Vacation pay shall be based on the employee's hourly rate of pay at the time the vacation is taken and shall include shift differential pay, if any.

**15.9** Notwithstanding any other provision of this Article, any available vacation in excess of one week, but not to exceed three weeks, will be charged for leaves taken pursuant to the Family Medical Leave Act.

## ARTICLE 16
## MANAGEMENT'S RIGHTS

**16.1** Except as a specifically limited or restricted by the express language of the Contract, the Company has and retains the exclusive right to the management of the plant; the right of direction, regulation and supervision of the working forces including the right to establish and maintain reasonable rules and regulations, the right to hire, transfer, layoff, promote or demote, and to suspend, discipline, or discharge employees for just cause.

## ARTICLE 17
## STRIKES, LOCKOUTS ANDWORK STOPPAGES

**17.1** There shall be no strike, slowdown or work stoppage during the term of this Contract and the Company shall not lock out the employees.

## ARTICLE 18
## INFORMATION TO THE UNION

**18.1** Within 30 days after the signing of this Contract, the Company shall furnish the Union 2 copies of a completed list of wage rates and job classifications for all bargaining unit employees. All employees designated as working foremen shall be so indicated on the list. This list shall be updated each 3 months thereafter. The Company shall provide the Union a completely revised list on an annual basis.

**18.2** A seniority list, showing each employee's continuous service, shall be posted and brought up to date each 3 months. The Union shall be given two (2) copies of this list.

**18.3** On July 1 of each year, the Company shall furnish the Union two (2) copies of a list of all bargaining unit employees with addresses and telephone numbers as shown in Company records.

### ARTICLE 19
### CONTRACT WORK

**19.1** Nothing in this contract shall prohibit Company supervisory or other non-bargaining unit personnel from performing any work, whether during or outside a regularly scheduled shift.

**19.2** The Company will give first consideration to its employees with respect to placement of work. However, the Company shall have the right to subcontract work for the following reasons, among others: customer requirements, economic feasibility, material availability, technological change or other unforeseeable or uncontrollable acts or conditions. The Company will not contract out maintenance or tool and die work which would require employees in the bargaining unit to be laid off or reduced in rate of pay. In an arbitration alleging a violation of this section, the issue before the arbitrator shall be whether the Company's use of subcontracting, under the circumstances, was unreasonable.

**19.3** The Company will provide the Union with written notification in advance of work, which is to be subcontracted under this article, and shall discuss same with the Union. Such notice will include reasons for subcontracting the work, a description of the work, and the name of the subcontractor.

### ARTICLE 20
### PLANT VISITATION

**20.1** An accredited representative of the Union designated for this purpose shall, upon application to the Director of Human Resources receive a pass for the admission to the plants of the Company during working hours for the purpose of investigating specific questions concerning the administration of the Contract or for assisting in the adjustment of grievances.

**20.2** The Local President, Vice-President and Plant Chief Steward shall have the right to enter the Plants during Plant working hours to administer the Contract or for the purpose of investigating grievances.

### ARTICLE 21
### BULLETIN BOARDS

**21.1** The Company agrees to provide a locked bulletin board (or boards as needs may indicate) in the plants for the exclusive use of the Union. The bulletin boards(s) will be limited to posting of notices concerning Union business. Such notices, if considered by the Company to be harmful to labor relations, shall be removed by the Union immediately upon request by the Company. This does not apply to political notices.

# ARTICLE 22
## SAFETY AND SANITATION

**22.1** The Company hereby agrees to maintain safe, sanitary and healthful working conditions in all shops and facilities and to maintain on all shifts adequate first aid assistance to take care of its employees in case of accident. Required safety devices, safety equipment and protective clothing shall be furnished by the Company.

**22.2** A Safety Committee composed of three (3) Union members and three (3) members appointed by the Company shall be maintained. The purpose of this Safety Committee is to bring to the attention of the Company conditions considered to be unsafe or unhealthful. The Environmental, Health and Safety (EHS) representative shall chair this Safety Committee and its meetings. The members will consist of the Company EHS representative and the Union Vice President, as permanent members, and four revolving members, two appointed by the Company and two appointed by the Union Vice President. The Safety Committee shall meet on the first Thursday of each month. The EHS representative must approve any guests prior to the meeting.

**22.3 (a)** If the Company determines that an employee is not physically capable of performing his job during his employment, the Company may require a physical examination by the Company's Doctor at the Company's expense. If the employee disagrees with the Company Doctor's evaluation he may then have an examination performed by a doctor of his choice at the Company's expense. If the reports of the two doctors do not agree, the employee's doctor and Company's Doctor will be requested to mutually agree, within five (5) calendar days, on a third doctor of medicine, in the applicable specialty. If such an agreement cannot be reached, the Company and the employee will provide, within five (5) calendar days, the names of two additional doctors of medicine, in the applicable specialty. The names of these four (4) additional doctors will be placed in a pool from which the employee will make a blind draw of a single third doctor within three (3) calendar days of receipt of the names. The employee shall immediately schedule an examination by the third doctor. The report of the third doctor shall be binding on all parties as to the physical qualifications of the employee to perform his job. If it is determined the employee is unable to perform his assigned classification, Company will make a reasonable effort to offer the employee available work he has the capability of performing. The expense of the third doctor will be borne by the Company.

**(b)** If an employee goes to his personal physician (at his expense) and is determined not physically capable of performing his job, the Company may require a physical examination by the Company's Doctor (at the Company's expense) to determine the employee's physical capability to perform his job. If the reports of the two doctors do not agree, the employee's doctor and Company's Doctor will be requested to mutually agree, within five (5) calendar days, on a third doctor of medicine, in the applicable specialty. If such an agreement cannot be reached, the Company and the employee each will provide, within five (5) calendar days, the names of two additional doctors of medicine, in the applicable specialty. The names of these four (4) additional doctors will be placed in a pool from which the employee will make a blind draw of a single third doctor within three (3) calendar days of receipt of the names. The employee shall immediately schedule an examination by the third doctor. The report of the third doctor shall be binding on all parties as to the physical qualifications of the employee to perform his job. If it is determined the employee is unable to perform his assigned classification, Company will make a reasonable effort to offer the employee available work he has the capability of performing. The expense of the third doctor will be borne by the Company.

**22.4** If any member of the Joint Safety Committee believes that an unsafe condition exists in the plant, he/she will report the condition with recommended actions in writing to the Environmental Health and Safety Coordinator.

**22.5** The Plant Chief Steward, Vice President or President shall be paid at his or her normal straight time rate of pay for time spent during his or her shift to accompany an OSHA inspector during an OSHA inspection, not to exceed a total of 3 paid inspections per calendar year.

## ARTICLE 23
## PLANT INJURY

**23.1** Any employee injured at the Company's plant that is sent to a doctor for treatment of that injury by management representatives during his regular working hours shall be paid at his regular rate for time lost on the day of the injury and three (3) follow-up visits provided that the Company shall schedule such follow up visits. The Company will schedule such follow-up visits either during work time for first shift employees or during non-work time for second and third shift employees and upon request of the first shift employee.

**23.2** If such employee is instructed by the doctor to perform no further work on the day the injury occurred, he will receive the applicable hourly rate for the entire day. Transportation shall be provided to and from the doctor's office or hospital if requested by the employee.

**23.3** Any employee injured at the plant, that is subsequently determined to be unable to perform his assigned classification, may be offered work he has the capability of performing. Such employee will be paid the rate of the newly assigned classification.

## ARTICLE 24
## FUNERAL PAY

**24.1** In the event of death in the Employee's immediate family, namely spouse, children, brother, sister, parents, mother-in-law, father-in-law, grandparents, grandchildren, great grandparents, great grandchildren, or foster parents, an employee shall be paid for regular time for five (5) consecutive working days for the purpose of attending the funeral or making arrangements therefore. Any relative outside the immediate family shall be excused for the day of the funeral without pay. Employees shall be given an additional five (5) consecutive days for the loss of a spouse, child or parent without loss of pay.

## ARTICLE 25
## JURY DUTY

**25.1** The Company will pay the difference between an employee's regular rate of pay and jury duty pay for the time lost as a result of performing jury duty. An employee must submit to the Director of Human Resources a copy of the jury notice or statement from the court and evidence of the fee received from the court to be eligible for jury duty pay. If a holiday falls during an employee's term as juror, holiday pay will be paid.

# ARTICLE 26
# SICK LEAVE

**26.1** Upon completion of the 90 day probationary period, each employee will be credited with three (3) hours of sick leave per month of service to a maximum of 36 hours. Upon the completion of one (1) year of service, an employee's sick leave will be calculated at the rate of one-half day per month of service to a maximum of 48 hours.

**26.2** Upon the completion of three (3) years of service, an employee's sick leave will be calculated at the rate of four and two-thirds (4 2/3) hours per month of service to a maximum of 56 hours. Upon completion of fifteen (15) years of service, an employee's sick leave will be calculated at the rate of five (5) hours per month of service to a maximum of 60 hours.

**26.3** Sick leave shall be accumulated and when earned and unused shall remain to the employee's credit. When an employee has a credit of more than 48 hours of sick leave on December 1 of any year, the Company shall pay off to such employee the amount in excess of 48 hours. This excess shall be paid before December 25. An employee may accumulate sick leave beyond 48 hours by notifying the Company in writing between November 15 and December 1 of each year of the desire to accumulate rather than be paid for sick leave beyond 48 hours.

**26.4** Sick leave will be paid and charged in increments of no less than four (4) hours. If an incidence of tardy, early departure or absence occurs, for which the employee chooses not to cover with unused sick leave or if the employee does not have sufficient accumulated sick leave to cover, then the employee will be subject to discipline under the Company's attendance policy.

However, sick leave will be paid and charged in increments of no less than one (1) hour in the case of medical and dental appointments for employees and/or minor dependent children for which the Company is given advance notice no later than two (2) hours after the beginning of the employee's shift the previous day. Medical documentation verifying the appointment must be provided to Human Resources. Failure to verify will result in a charge of four (4) hours or the length of the absence, whichever is greater.


# ARTICLE 27
# GROUP BENEFITS

**27.1** The Company shall make available a group term life insurance and accidental death and dismemberment insurance policy for active, full time employees at the following amounts:

| Term Life & AD&D | |
| --- | --- |
| 1st year | $45,000 |
| 2nd year | $46,000 |
| 3rd year | $47,000 |
| 4th year | $48,000 |
| 5th year | $49,000 |

**27.2** The Company shall make available a group medical insurance policy for active full-time employees and their eligible dependents providing the following or substantially similar provisions:

A. **Annual Deductible**
$300 per individual/$600 per family

B. **Co-Payment and Stop Loss**

After the satisfaction of the deductible described above, the medical plan pays reasonable and customary eligible expenses at 80% per individual per year up to an out-of-pocket maximum of $2,500 per person.

Thereafter, the medical plan pays 100% of eligible expenses per person per calendar year to a lifetime medical maximum of $1,000,000 per individual.

C. **Contributions**

The Company will contribute 80 percent of the premium of the group medical plan for each employee. The balance of the premium will be paid by the employee. The Company will offer a choice of medical plans where feasible.

**27.3** The Company shall provide group dental coverage for active full-time employees that covers preventative, basic and major services. The Company will pay $8.50 per month for single coverage and $17.50 per month for family coverage providing orthodontics.

**27.4** The Company shall provide accident and sickness benefits consisting of twenty (20) total weeks, for the life of the contract, at $325 per week upon presentation of acceptable medical certification for non-compensable accidents or illnesses.

**27.5** The Company shall provide employee handbooks describing the features of the life, medical and dental benefits. The Company is bound only to purchase the above policies and is not required to pay any benefit under the policies directly to any employee, not determine the validity of, or pay, any claim.

**27.6** Female employees affected by pregnancy, childbirth, or related medical conditions, shall be treated the same for all employment related purposes, including receipt of benefits under fringe benefit programs, as other employees not so affected, but similar in their ability or inability to work.

# ARTICLE 28
# PENSIONS

**28.**1 Section A: Eligibility and Service:

(1) Employees employed on or after November 1, 1997 (the effective date of the Sequa Corporation Pension Plan), shall be eligible to participate in the Sequa Corporation Pension Plan after having attained age twenty one (21) and one (1) year of service with vesting after five (5) years of continuous service, and counting service from age eighteen (18), both as defined by the plan.

(2) Actively employed employees on the payroll prior to November 1, 1997, who were participants in the IUE Pension Plan and who were vested under such Plan, shall be credited for an equal number of years of credited service, for vesting purposes only, as such employees had under the IUE Plan for the purpose of initial vesting and eligibility credit under the Sequa Plan.

(3) Actively employed employees on the payroll prior to November 1, 1997, who were participants in the IUE Pension Plan and who were not vested under such Plan shall be credited for an equal number of years of credited service, both for the purpose of vesting and benefit accrual purposes, as such employees have under the IUE Plan for the purpose of initial vesting, eligibility and benefit accrual purposes under the Sequa Plan.

(4) Credited service under the Sequa Plan shall be for each year of service under the Plan. In addition, credit for fractions of a year will be given on the basis of whole months of completed service as defined by the Plan. The maximum number of years of credited service under the Sequa Plan shall be thirty (30) counting from the date the employee became covered by the Plan.

**28.2** Section B: Benefit Level

(1) Effective November 1, 2007, benefits will be calculated on the basis of $35.00 per month, per year of service and shall apply to all credited service under the Plan to November 1, 2007 or date of the employee's eligibility, if after that date.

(2) Effective November 1, 2009, benefits will be calculated on the basis of $36.00 per month, per year of service and shall apply to all credited service under the Plan to November 1, 2007 or date of the employee's eligibility, if after that date.

(3) Effective November 1, 2011, benefits will be calculated on the basis of $37.00 per month, per year of service and shall apply to all credited service under the Plan to November 1, 2007 or date of the employee's eligibility, if after that date.

## ARTICLE 29
## WAGES

**29.1** A schedule of minimum wage rates and job classifications for employees hired prior to October 10, 1994 is attached hereto as Appendix "A". For the purpose of this article, these employees will be referred to as Appendix "A" employees.

**29.2 (a)** Effective October 15, 2007, Appendix "A" employees shall be entitled to a wage increase of two percent (2%) to reflect the wage rates shown in this schedule.

On October 15, 2007, all classifications shall receive a one-time twenty-five cents (.25) per hour wage increase before the general wage increase.

Effective October 13, 2008, Appendix "A" employees shall be entitled to a wage increase of two percent (2%) to reflect the wages shown in this schedule.

Effective October 12, 2009, Appendix "A" employees shall be entitled to a wage increase of two and one-half percent (2.5%) to reflect the wages shown in this schedule.

Effective October 11, 2010, Appendix "A" employees shall be entitled to a wage increase of three percent (3%) to reflect the wages shown in this schedule.

Effective October 10, 2011, Appendix "A" employees shall be entitled to a wage increase of three percent (3%) to reflect the wages shown in this schedule.

**(b)** The Company shall pay each employee on the payroll as of the bonus payment date an annual Productivity Bonus of up to $1500 contingent upon meeting production and labor cost goals to be set by the Company in its sole discretion. Employees with less than twelve (12) calendar months of service during the performance period will receive a pro-rata bonus payment based on the actual straight time hours worked during the performance period. Further, employees with unpaid leave of ten or more work days on a cumulative basis during the performance period will receive a pro-rata bonus payment. These goals will be measured according to a one-year performance period of November 1 to October 31. The goals will be communicated to the Union and employees at or about the beginning of the one-year period and progress towards the goals will be reported to the Union and employees periodically throughout the year. It is anticipated that the bonus goals will be based on the Company's annual sales budget and a maximum overtime usage rate. The Productivity Bonus, if earned, will be paid annually by the second week of December in a separate check.

**29.3** A schedule of minimum wage rates by wage grade for employees hired after October 9, 1994, is attached hereto as Appendix "B". Employees hired after October 13, 1997, shall have eight semiannual increases to reach job rate.

### Working Foreman & Shift Differential

**29.4** Employees, who at the direction of management, are assigned to perform the duties of a Working Foreman shall be paid $.50 (fifty cents) per hour above their regular hourly wage rate when performing such duties.

**29.5 (a)** Employees scheduled to work on a regular second shift shall receive a premium of $.20 (twenty cents) per hour for all hours worked.
**(b)** Employees scheduled to work on a regular third shift shall receive a premium of $.40 (forty cents) per hour for all hours worked.
**(c)** This does not include and does not apply to an employee who works overtime by continuing to work into either of said shifts.

### ARTICLE 30
### TRAINING PROGRAM

**30.1** The Company's educational assistance program will be expanded to assist employees to develop skills used at the plant, by payment of tuition costs for employees who satisfactorily complete courses which are approved by the Company at accredited educational institutions.

**30.2 (a)** The Company will provide cross-training for employees desiring to become qualified for other classification(s) and job(s) as production requirements and operating efficiency permit. Employees desiring such cross-training shall notify the Company in writing of the classifications(s) and job(s) in which the employee requests training.

**(b)** Routine cross training, such as cross training within the classification across groups and on-the-job cross training, will normally be performed during the employee's normal working hours. Routine cross training on overtime is at the Company's discretion.

**(c)** Training classes/programs will be scheduled outside the employee's normally scheduled work hours, and employees will be paid at straight time rates for hours spent in such classes/programs. Such training time will not be considered hours worked for purposes of calculating overtime-premium pay.

# ARTICLE 31
## CELLULAR WORK UNITS

**31.1** It is in the best interests of the Company and the Union that a competitive advantage be gained in order to provide job security for employees and to successfully compete for new business in the future. Therefore, it is the desire of the parties to further the principles of manufacturing excellence through improvements in Company/Union relationships. It is also the parties' goal to develop a partnership based on trust and cooperation to achieve these goals.

**(a)** Implementation of work teams, manufacturing cells, total quality control, employee involvement and other manufacturing excellence programs are needed for a continuous improvement in our operation. The parties recognize that during the life of this agreement changes to this article may be required. Where necessary, the Company and the Union agree to negotiate as necessary to carry out the intent of this "JOB SECURITY, JOB GROWTH AND MANUFACTURING EXCELLENCE PROGRAM."

**(b)** The Company has the right to establish cellular work units in order to meet production needs under the provisions of Article 16. If the Company determines there is a PW1 opening in a CWU, the Company will post a notice to allow a PW1 classification holder to put in a "change in group letter". An employee submitting the group change letter shall be given preference in accordance with his experience, ability, physical capability, attendance, and work history; seniority shall prevail when all other factors are determined to be equal.

**(c)** When a cellular work unit is established, the Company will post notice of each classification, showing the number of employees required, and related information. All openings will be filled in accordance with Article 8.

**(d)** If during the life of a cellular work unit, which is composed of multiple product lines, one or more product lines within the cell generates a level of business determined by the Company to justify "splitting" the original cellular work unit, the Company may establish a separate cellular work unit for these product lines.

**(e)** All management and bargaining unit employees will share responsibility for the efficient operation of the CWU including the quality and quantity of their work. It is agreed that employees in a unit will assist other employees in different classifications in order to balance work elements on particular jobs. An employee who is unable to demonstrate his/her ability to work within the teamwork concept of a CWU may be reassigned outside the unit to a job in his/her classification. A joint committee, consisting of the Director of Human Resources and the Director of Operations, the Union President and the Plant Chief Steward, will meet to discuss relocation of such employee. If the committee is unable to come to an agreement, the General Manager of Chromalloy Oklahoma and the Union International Representative shall meet with the joint committee in an effort to come to an agreement. Unresolved issues shall be subject to the grievance and arbitration procedure.

**(f)** It is agreed that CWU groups shall participate in solving related problems within their group.

# ARTICLE 32

# PLANT CLOSING

**32.1** In the event that the Company decides to permanently discontinue operations at the facility located at 1720 National Boulevard, Midwest City, Oklahoma, the Union will be promptly notified in keeping with federal law, but not less than sixty (60) days prior to cessation of operations. During the period following notification, the Company will be available upon request of the Union to bargain concerning severance pay and other terms and conditions of employment affected by the cessation of operations.

## ARTICLE 33
## LETTERS OF AGREEMENT

**33.1** A list of Letter of Agreements are shown in Appendix "C".

## ARTICLE 34
## SCOPE OF BARGAINING AND COMPLETE AGREEMENT

**34.1** This Agreement concludes collective bargaining between the parties and contains the sole, complete and entire agreement between the parties on the subject of wages, hours of work, and conditions of employment. No agreement, alteration, understanding, practice, variation, waiver or modification of any of the terms or conditions or covenants contained herein shall be made by any employee or group of employees with the Employer, and in no case shall it be binding upon the parties hereto, unless such agreement is made and executed in writing by the Employer and the Union.

## ARTICLE 35
## TERM OF AGREEMENT

**35.1** The contract shall continue in full force and effect until 11:59 p.m., October 14, 2012, and thereafter it shall renew itself for successive yearly periods, unless notice is given in writing by either party to the other of its desire to modify, amend, or terminate this Contract. Such notice shall be given not more than 75 days and not less than 60 days prior to the expiration date of this Contract, or of annual extension thereof.

# APPENDIX "A"
## CHROMALLOY OKLAHOMA
## WAGE RATES AND CLASSIFICATION

| **Pay Grade** | **10-15-07** | **10-13-08** | **10-12-09** | **10-11-10** | **10-10-11** |
|---|---|---|---|---|---|
| **Grade 1** | 14.57 | 14.86 | 15.23 | 15.69 | 16.16 |
| Production Worker 1 | | | | | |
| **Grade 2** | 14.91 | 15.21 | 15.59 | 16.06 | 16.54 |
| Machine Operator B | | | | | |
| Material Clerk | | | | | |
| **Grade 3** | 15.38 | 15.69 | 16.08 | 16.56 | 17.06 |
| Production Worker 3 | | | | | |
| Machine Operator A | | | | | |
| Precision Hand Finisher | | | | | |
| **Grade 4** | 16.11 | 16.43 | 16.84 | 17.35 | 17.87 |
| Maintenance B | | | | | |
| Machining Specialist | | | | | |
| Certified Inspector | | | | | |
| Spray Operator | | | | | |
| Thermal Operator | | | | | |
| Zyglo-Mag Operators | | | | | |
| **Grade 5** | 19.26 | 19.65 | 20.14 | 20.74 | 21.36 |
| Maintenance A | | | | | |
| Welder | | | | | |
| **Grade 6** | 22.46 | 22.91 | 23.48 | 24.18 | 24.91 |
| Tool & Die | | | | | |

1. Production Worker "1" includes, but is not limited to, Grit Blast, Degrease, De-Wax, Pack and Unpack and Shotpeen, Weld Prep., Belt Sand, Hot Press, Compound Mix, Blending, Hand Finish, Rollmark, Masking, Bonding, Braze Application, Case Assembly, Torch Braze, Vane Angling and Abradeable Installation.

2. Production Worker 3 includes, but is not limited to, Acid Strip, Abradeable Manufacturing, Wastewater Treatment, Plating, Brush Plating and Gold/Nickel Braze Strip.

3. Zyglo-Mag Operators shall receive a premium of $1.25 per hour per certification for Zyglo and Mag certifications. Employees will be permitted to re-certify for all certifications currently held.

4. Senior Maintenance A will receive a $2.50 per hour certification premium for meeting the position requirement of holding a HVAC certification plus one other certification such as plumbing, electrical, etc.

Insert Grades 1 – 3

# WAGE RATES FOR EMPLOYEES HIRED AFTER OCTOBER 9, 1994

Insert Grades 4 - 6

New hires and employees awarded a bid in accordance with Article 8 into Wage Grades 4 and above shall be assigned a wage at the sole discretion of the Company.

# APPENDIX "C"
## LETTERS OF AGREEMENT

The undersigned Company and Union agree that the following attached Letters of Agreement shall continue in full force during the life of the new contract.

     1.     Eating area, service in the lunch room and introduction of new employees to Union official. (September 12, 1973)

     2.     Voluntary Cope checkoff.

CHROMALLOY OKLAHOMA
DIVISION OF CHROMALLOY GAS
TURBINE CORPORATION


_____
Connie Vanfleet
General Manager


_____
Brian Martin
Director of Operations


_____
Ruth Faulls
Regional Vice President, Human Resources

INTERNATIONAL UNION OF ELECTRICAL, SALARIED,
MACHINE AND FURNITURE WORKERS,
AFL-CIO AND ITS LOCAL 86017


_____
E.J. Miller
IUE/CWA Representative


_____
Ray Moss
President, Local 86017


_____
Anthony Jones
Chief Stewart